No. 77–6545.  Wilson v. Crisp, Warden.  C. A. 10th Cir. Certiorari denied.

No. 77–6546.  Nance v. Union Carbide Corporation, Consumer Products Division.  C. A. 4th Cir.  Certiorari denied.

No. 77–6554.  Dawn, dba Game Co. v. Sterling Drug, Inc., et al.  C. A. 9th Cir.  Certiorari denied.

No. 77–6560.  Scott v. Overburg, Correctional Superintendent.  C. A. 6th Cir.  Certiorari denied.

No. 77–6562.  Taylor et al. v. Allen Superior Court, Criminal-Felony Division.  Ct. App. Ind.  Certiorari denied.

No. 77–6564.  Scherer v. Wolff, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 77–6584.  McNeal v. United States.  C. A. 6th Cir. Certiorari denied.

No. 77–6587.  Eldridge v. United States.  C. A. 5th Cir. Certiorari denied.

No. 77–6623.  Schmitz v. United States District Court for the Central District of California et al.  C. A. 9th Cir.  Certiorari denied.

No. 77–6629.  Frazee v. United States.  C. A. 10th Cir. Certiorari denied.

No. 77–6634.  James v. United States.  C. A. 6th Cir. Certiorari denied.

No. 77–6643.  Nunez-Chavez v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 77–6647.  Davis v. United States.  C. A. 3d Cir. Certiorari denied.